**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AV:JSS:jss
F. #1998R00464
klotsen3.ltr

*195 Montague Street*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

March 13, 2000

TO BE FILED UNDER SEAL

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Gennady Klotsman
           Criminal Docket No. 98-1069 (ILG)

Dear Judge Glasser:

      This letter is submitted to request an adjournment of the above-captioned defendant's sentencing, which was previously scheduled for February 8, 2000. The defendant is cooperating in a wide-ranging investigation of securities fraud, money laundering and organized crime, and his cooperation is expected to continue for some time. I have spoken with Ms. Schillat, who indicated that a new sentencing date of April 11, 2000 at 10:00 a.m. would be convenient for the Court. I have also spoken with the defendant's attorney, Ivan Fisher, Esq., and he consents to the requested adjournment.

2

Due to the nature of this letter and security concerns set forth in prior proceedings, the government requests that this letter be submitted under seal.

Respectfully submitted,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Jonathan S. Sack
Assistant U.S. Attorney
(718) 254-6238

cc: Ivan Fisher, Esq.
575 Madison Avenue
10th Floor
New York, New York 10022

So ordered

s/I. Leo Glasser
USDJ
3/13/00