

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AW:JSS:jss
F. #1998R00464
klotsen4.ltr

195 Montague Street
Brooklyn, New York 11201

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

July 24, 2000

TO BE FILED UNDER SEAL

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Gennady Klotsman
          Criminal Docket No. 98-1069 (ILG)

Dear Judge Glasser:

      This letter is submitted to request an adjournment of the above-captioned defendant's sentencing, which was previously scheduled for July 11, 2000. The defendant has been cooperating in a wide-ranging investigation of securities fraud, money laundering and organized crime. I have spoken with Ms. Schillat, who indicated that a new sentencing date of September 19, 2000 at 10:00 a.m. would be convenient for the Court. The defendant's attorney, Ivan Fisher, Esq., has consented to adjournment of sentencing during the pendency of Klotsman's cooperation.

Due to the nature of this letter and security concerns set forth in prior proceedings, the government requests that this letter be submitted under seal.

Respectfully submitted,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Jonathan S. Sack
Assistant U.S. Attorney
(718) 254-6238

cc: Ivan Fisher, Esq.
575 Madison Avenue
10th Floor
New York, New York 10022

So ordered

s/I. Leo Glasser

/s/ USDJ
7/7/00