

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AW:JSS:jss<br>F. #1998R00464<br>klotsman sen ltr1.wpd | *One Pierrepont Plaza*<br>*Brooklyn, New York 11201*<br><br>*Mailing Address:* *147 Pierrepont Street*<br>*Brooklyn, New York 11201* |

December 27, 2001

TO BE FILED UNDER SEAL

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. John Doe (Gennady Klotsman)
           Criminal Docket Number 98-1069 (ILG)

Dear Judge Glasser:

      This letter is submitted to confirm that, pursuant to a recent conversation with Ms. Schillat, the sentencing of the above-captioned defendant, Gennady Klotsman, has been scheduled for March 7, 2002 at 10:00 a.m. Because filings in this matter remain under seal on account of Klotsman's past cooperation with the government, we request that this letter be filed under seal.

                              Respectfully submitted,

                                ALAN VINEGRAD
                              UNITED STATES ATTORNEY

                By: _/s/ Jonathan S. Sack_
                        Jonathan S. Sack
                        Assistant U.S. Attorney
                        (718) 254-6238

cc: Ivan Fisher, Esq. (By Mail)