**NALVEN & SCHACHT**
ATTORNEYS AT LAW

30-16 STEINWAY STREET, SECOND FLOOR
ASTORIA, NEW YORK 11103
TELEPHONE: (718) 204 - 0738
FACSIMILE: (718) 726 - 6891

PAUL R. NALVEN*
ALEXEI SCHACHT

*MEMBER OF NEW YORK
AND NEW JERSEY BARS

NEW JERSEY OFFICE

70 SOUTH ORANGE AVENUE, SUITE 106
LIVINGSTON, NEW JERSEY 07039
TELEPHONE: (973) 655-1000
FACSIMILE: (973) 992-0431

June 3, 2003

Hon. I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Gennady Klotsman, 98 Cr. 1069 (ILG)</u>

Dear Judge Glasser:

This law firm represents Gennady Klotsman in the above-referenced case.

As the Court may recall, last December your Honor sentenced Mr. Klotsman to 72 months imprisonment. However, he has yet to be designated to any correctional facility and he remains at M.D.C.-Brooklyn. Since M.D.C.-Brooklyn is a maximum-security prison where he is not able to enter any programs that might help to either rehabilitate him or to reduce his sentence, Mr. Klotsman's punishment is effectively increased. I have tried repeatedly, but without success, to get the Bureau of Prisons and the Marshal's Service to designate Mr. Klotsman. I write to ask the Court to intervene in any way that your Honor deem it appropriate so that Mr. Klotsman does not have to serve his entire sentence at M.D.C.-Brooklyn.

Thank you very much for your continued attention to this case.

Respectfully submitted,

Alexei Schacht

cc: A.U.S.A. Eric Corngold
    Gene Klotsman

*[Handwritten note: Spoke with Bureau of defendant and learned that [illegible] was designated on 6/6 to Allenwood. I assume Mr. Schacht is now aware of that. s/ILG 6/10/03]*