

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EOC:ec
F#199800858

*156 Pierrepont Street*
*Brooklyn, New York 11201*

February 24, 2006

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Gennady Klotsman,
    Criminal Docket No. 98 CR 1069 (ILG)

Dear Judge Glasser:

    The government submits this letter in response to the letter from Mr. Klotsman's attorney, dated February 21, 2006, seeking permission for Mr. Klotsman to travel to and from Moscow once Mr. Klotsman begins to serve his term of supervised release. The government does not oppose this request.

                      Respectfully submitted,

                      ROSLYNN R. MAUSKOPF
                      United States Attorney

By: /s/ Eric Corngold
    Eric Corngold
    Assistant U. S. Attorney
    (718) 254-6147

cc: Alexei Schacht, Esq.