EJK:ALC
F.# 199800858

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | LIMITED UNSEALING APPLICATION |
| - against - | 98 CR 1069 (ILG) |
| JOHN DOE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

       The UNITED STATES OF AMERICA, Loretta E. Lynch, United States Attorney, by Assistant United States Attorney Alicyn Cooley, herein applies for a limited unsealing order as to any and all documents previously ordered sealed in the above-referenced case.

       In support of this Application, the UNITED STATES OF AMERICA represents as follows:

       1.   The Court previously ordered sealed several documents filed in this case between November 25, 1998 and May 14, 2004.

       2.   The government lacks access to these sealed documents and wishes to determine what they contain.  For this reason, the government seeks a limited unsealing order to allow it to obtain from the Clerk of Court copies of any documents filed in this case that it does not currently have in its files.

WHEREFORE, it is respectfully requested that the sealed documents in this case be unsealed for the limited purpose stated above, but that they remain under seal for all other purposes until further order of this Court.

Dated: Brooklyn, New York
       September 20, 2012

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                United States Attorney

                        By:         /s/
                                Alicyn Cooley
                                Assistant United States Attorney
                                Eastern District of New York
                                271 Cadman Plaza East
                                Brooklyn, New York 11201
                                alicyn.cooley@usdoj.gov
                                Tel:(718) 254-6389
                                Fax:(718) 254-6076